LIBERTY MOTOR FREIGHT LINES, INC., APPELLANT, v. UNITED STATES GUARANTEE COMPANY, A CORPORATION OF THE STATE OF NEW JERSEY, RESPONDENT.

Submitted February 16, 1945—Decided April 19, 1945.

36

For the appellant, *Coult, Salz, Morse & Coult.*

For the respondent, *Carpenter, Gilmour & Dwyer* (*Carl S. Kuebler,* of counsel).

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion of Judge Oliphant.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, WELLS, RAFFERTY, THOMPSON, DILL, FREUND, JJ. 15.

*For reversal*—None.